IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANATOLIY SAMOYEDNYY,<br><br>Defendant. | CR 23-83-BLG-SPW<br><br>ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 35) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the trial in this matter presently set for April 8, 2024 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of March, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1